AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Ernesto PALACIOS-Tello**

AKA:
IAE   YOB: 1981
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-20- 553 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 30, 2020__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Alamo, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a)(b)__ __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On January 30, 2020, Ernesto PALACIOS-Tello a citizen of Mexico was encountered by Immigration Officers at the Alamo City Jail in Alamo, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on February 28, 2020. Record checks revealed the defendant was deported, exclued or removed from the United States to Mexico on December 13, 2018 via Brownsville, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On December 12, 2018, the defendant was convicted of 8 USC 1326, alien unlawfully found in the United States after deportation and sentenced to time served.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 29, 2020.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint approved by AUSA  S. Greenbaum

**Signature of Complainant**

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

**February 29, 2020** @ 10:26a.m.
Date

**Eusebio Salazar**   **Deportation Officer**
Printed Name and Title of Complainant

at   **McAllen, Texas**
City and State

**Juan F. Alanis**   **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer